Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-262-805**

**Effective Date of Registration:**
July 27, 2021

**Registration Decision Date:**
August 10, 2021

---

## Title

**Title of Work:** Beware of Pit Bulls

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 14, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Dean Russo
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Art Licensing International, Inc.
P.O. Box 2568, Manchester Centre, VT, 05255
**Transfer statement:** By written agreement

## Certification

**Name:** Patricia Nelson
**Date:** July 27, 2021

---

**Copyright Office notes:** Basis for Registration: Registration is based on the artwork. Copyright does not protect names, titles, short phrases or slogans. 37 C.F.R. 202.1.

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-262-801**

**Effective Date of Registration:**
July 27, 2021

**Registration Decision Date:**
August 10, 2021

---

## Title

**Title of Work:** Abyssinian

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 20, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Dean Russo
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Art Licensing International, Inc.
P.O. Box 2568, Manchester Centre, VT, 05255
**Transfer statement:** By written agreement

## Certification

**Name:** Patricia Nelson
**Date:** July 27, 2021

Page 1 of 1

